IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
LARRY ANTILL, : CASE NO. 1:12 CV 01405
:
Plaintiff, : <u>ORDER ADOPTING THE</u>
: <u>MAGISTRATE JUDGE'S REPORT AND</u>
-vs- : <u>RECOMMENDATION AND AFFIRMING</u>
: <u>THE COMMISSIONER'S DECISION</u>
:
COMMISSIONER OF SOCIAL :
SECURITY, :
:
Defendant.
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     Plaintiff Larry Antill seeks judicial review of the Commissioner of Social Security's final decision denying his claim for Supplemental Security Income ("SSI"). This matter was automatically referred to United States Magistrate James R. Knepp, II, pursuant to Local Civil Rule 72.2.  In a Report and Recommendation ("R&R") dated 11 June 2013, the Magistrate Judge concluded that substantial evidence supported the Commissioner's decision denying SSI. It was accordingly recommended that the Commissioner's decision be affirmed. The parties were advised that objections to the R&R were to be filed within fourteen days after having been served with a copy of it, and that a failure to object would result in waiver of the right to appeal.

     Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely

objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note. In this instance, no objections have been filed. The Court accordingly accepts the Magistrate Judge's recommendation and affirms the Commissioner's decision.

     IT IS SO ORDERED.

                                                  /s/ Lesley Wells
                                           UNITED STATES DISTRICT JUDGE

Date:  17 July 2013